# Third District Court of Appeal

## State of Florida

Opinion filed November 17, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1619
Lower Tribunal No. F18-23125
_____

**Zachery McBurrows,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal conducted pursuant to Anders v. California, 386 U.S. 738 (1967), from the Circuit Court for Miami-Dade County, Teresa Mary Pooler, Judge.

Zachery McBurrows, in proper person.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, C.J., and LINDSEY, and BOKOR, JJ.

PER CURIAM.

Affirmed. Zachery McBurrows appeals his conviction and sentence following revocation of his probation. We affirm in all respects, but remand for the entry of an order of revocation of probation. See Robinson v. State, 74 So. 3d 570 (Fla. 4th DCA 2011) (Upon revocation of probation, the trial court is required to enter a written order specifying the conditions of probation that were violated.).